# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1207

_____

STUART SKRABEC,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

July 31, 2026

PER CURIAM.

DENIED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Petitioner.

No appearance for Respondent.